| | |
|---|---|
| 1 | Susan J. Olson, SBN 152467 |
| | Ronald L. Richman, SBN 139189 |
| 2 | Edward D. Winchester, SBN 271500 |
| | BULLIVANT HOUSER BAILEY PC |
| 3 | 601 California Street, Suite 1800 |
| | San Francisco, California  94108 |
| 4 | Telephone: 415.352.2700 |
| | Facsimile: 415.352.2701 |
| 5 | E-Mail:  susan.olson@bullivant.com |
| |          ron.richman@bullivant.com |
| 6 |          edward.winchester@bullivant.com |
| 7 | Attorneys for Defendant Cement Masons |
| | Health and Welfare Trust Fund for Northern |
| 8 | California |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN MUIR HEALTH, a California non-profit public benefit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CEMENT MASONS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; and DOES 1 THROUGH 25, INCLUSIVE,<br><br>Defendant. | Case No.: C-14-03115 TEH<br><br>**STIPULATION TO CONTINUE HEARING DATE ON PLAINTIFF'S MOTION TO REMAND; ORDER THEREON**<br><br>Date:      September 15, 2014<br>Time:     10:00 a.m.<br>Ctroom:  2<br>             Hon. Thelton E. Henderson |

**STIPULATION**

IT IS HEREBY STIPULATED by and between the Plaintiff John Muir Health and Defendant Cement Masons Health and Welfare Trust Fund for Northern California, through their respective counsel, that based on a conflict with counsel for Defendants, the parties agree to continue the September 15, 2014 hearing date on Plaintiff's Motion to Remand to September 22, 2014 10:00 a.m., Courtroom 2.

/ / /

/ / /

/ / /

– 1 –

STIPULATION TO CONTINUE HEARING DATE; ORDER THEREON

The parties further stipulate that Plaintiff's Reply Brief is due on or before Friday, September 5, 2014.

DATED: August 28, 2014

BULLIVANT HOUSER BAILEY PC

By /s/ Ronald L. Richman
Susan J. Olson
Ronald L. Richman
Edward D. Winchester

Attorneys for Defendant Cement Masons Health and Welfare Trust Fund for Northern California

DATED: August 28, 2014

LAW OFFICES OF STEPHENSON, ACQUISTO & COLMAN, INC.

By *Ellen Kamon*
Ellen Kamon

Attorneys for Plaintiff John Muir Health

### ORDER

Based on the foregoing Stipulation and good cause appearing,

IT IS HEREBY ORDERED that the hearing on Plaintiff's Motion for Remand, currently set for September 15, 2014 at 10:00 a.m. be continued to September 22, 2014 at 10:00 a.m. Plaintiff's reply papers shall be filed on or before September 5, 2014.

DATED: 08/28, 2014

By _____
Judge Thelton E. Henderson
United States District Judge

– 2 –

STIPULATION TO CONTINUE HEARING DATE; ORDER THEREON